United States Court of Appeals
for the Fifth Circuit

No. 24-20559
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2025
Lyle W. Cayce
Clerk

Louis Galynsky,

               *Plaintiff—Appellant*,

*versus*

Janeice Thomas; Luke Vannorman; Molly McCutchen; Officer Nanny; Officer Becker; Montgomery County Jail Prison Guard/Correctional Officer,

               *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-202

_____

## JUDGMENT

Before Barksdale, Graves, and Duncan, *Circuit Judges*.

  This cause was considered on the record on appeal and the briefs on file.

  IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.